AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

LOUIS D. COSCO,

      Plaintiff,   JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:05-CV-00078-JCM-RAM**

DEBI LIGHTSEY, et al.,

      Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the defendants' motion for summary judgment (#136) is GRANTED.


   September 8, 2009                        **LANCE S. WILSON**
                                                          Clerk

                                                   /s/ D. R. Morgan
                                                     Deputy Clerk